# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT CHRISTOPHER FLORENCE,**

      **Plaintiff,**

-vs-                                                  **Case No. 6:10-mc-94-Orl-31KRS**

**COMMUNITY NATIONAL BANK AT BARTOW, N.A.,**

      **Defendant.**

_____

# ORDER TO SHOW CAUSE
# AND
# NOTICE OF HEARING

This matter comes before the Court on the purported Registration of Foreign Judgment (Doc. 1) filed by the Plaintiff, Robert Christopher Florence ("Florence").[1] Florence, who appears *pro se*, has submitted numerous documents to the Court. One of these is a UCC-1 Financing Statement allegedly demonstrating the existence of a security interest, in Florence's favor, in what appears to be everything he owns and all rights to future payments he possesses. In that UCC-1, Florence is listed as the "Secured Party," while Community National Bank at Bartow, N.A. ("CNB") and Community One Bancshares, Inc. are listed as the "Debtors."

Florence has also submitted a Notice of Claim of Maritime Lien (the "Notice"), by which he claims a $45 million lien against CNB, described in the Notice as a "vessel" owned by Ray

---

[1] Pursuant to a standing order within the Middle District of Florida, the documents purporting to be a foreign judgment have not been docketed, pending review by the Court.

LaHood, the current United States Secretary of Transportation. Florence claims a right to collect the purported obligation from all the property held by the bank, including "all bank accounts, safety deposit boxes, retirement funds . . . real estate, stocks, bonds, securities, cash on hand" and the like. According to Florence, CNB's debt to him arose as a result of an "Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim" (henceforth, the "Affidavit") that he filed in a state court suit brought by the bank against him.[2] In the Affidavit, Florence accused the purported Third Party Defendants of various misdeeds and demanded that they produce various forms of proof that he owed them money; he also announced various ways they could "cure" their bad acts and demanded tens of millions of dollars in the form of a "counterclaim" for their alleged misbehavior. Subsequently, it appears, Florence sent the so-called Third Party Defendants a number of notices of default, demanding payment of the tens of millions of dollars they had supposedly agreed to pay him.

So far as the Court can see, these documents have no legal basis whatsoever, and their attempted filing is, at best, an attempt to harass the individuals and entities opposing him in the state court suit. At worst, they constitute an attempt to commit fraud, or extortion. In either case, the documents appear to fall short of the requirements of Rule 11 of the Federal Rules of Civil Procedure. Pursuant to that rule, every attorney or unrepresented person who submits a paper to the court necessarily "certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances" that the paper "is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

---

[2]In addition to the bank, Florence named as "Third Party Defendants" what appears to be the bank's CEO, a law firm, one lawyer, and "John Lee Doe 1 50."

cost of litigation" and that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law". Fed.R.Civ.P. 11(b).

In consideration of the foregoing, Robert Christopher Florence is hereby **ORDERED** to appear in person before the Honorable Gregory A. Presnell, United States District Judge, on **WEDNESDAY**, **AUGUST 11, 2010** at **3:00 P.M.** in Courtroom #5A, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida and **SHOW CAUSE** why he should be permitted to file the aforementioned documents and why sanctions should not be imposed on him for violating Rule 11.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 23, 2010.

_____
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party
Community National Bank at Bartow, N.A.
Frost Van den Boom & Smith, P.A.